

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 10 A 11: 58

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

CHAUNCEY D. TAYLOR                          CIVIL ACTION

VERSUS                                      NUMBER: 05-2411

WARDEN GARY COPES                           SECTION: "T"(5)


## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Chauncey D. Taylor is **DISMISSED** without prejudice.

New Orleans, Louisiana, this 8th day of November, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____